UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA BONHAM AND DAVID BLAZER, JR.,** | }<br>}<br>} |
| Plaintiffs, | }  Case No.: 2:22-cv-00493-MHH |
| v. | }<br>} |
| **AUTOZONERS, LLC, and AUTOZONE STORES, INC.,** | }<br>} |
| Defendants. | |

## **ORDER**

On July 11, 2023, the Court set this matter for a status conference on July 31, 2023, to address the outstanding FLSA claims in this action. (Doc. 15). The Court ordered any named plaintiff whose claim was outstanding to attend the status conference. Mr. David Blazer, Jr. and Ms. Patricia Bonham, remaining claimants, did not appear at the status conference and did not request a continuance of the conference. The record demonstrates that Mr. Blazer and Ms. Bonham received written notice of the status conference. Therefore, consistent with the July 11, 2023 order setting the July 31, 2023 status conference, the Court dismisses Mr. Blazer and Ms. Bonham's FLSA claims for failure to prosecute.

The claims of all named plaintiffs now have been resolved.  Therefore, the Court asks the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 31, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE